MARTIN BENOWITZ, Respondent, v. JACOB STRYKER, Appellant.— Motion to dismiss appeal denied without prejudice to a renewal when a personal representative of respondent is substituted. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

BORDEN'S FARM PRODUCTS COMPANY, INC., Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant, and CENTRAL NEW ENGLAND RAILWAY COMPANY, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

MILTON BOWER, an Infant, by JOHN S. BOWER, His Guardian ad Litem, Appellant, v. THE NEWARK SHOE PEEKSKILL, N. Y. Co., INC., Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

MAX J. BUECHLER, Appellant, v. FRANK J. PICKRELL, Respondent.— Motion for extension of time to reply and for stay granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

CELRIP CORPORATION, Appellant, v. BONSITE BUILDING AND DEVELOPMENT CORPORATION and Others, Respondents, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

RAYMOND E. DUFFIELD, Respondent, v. MONTAUK REALTY SECURITY Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

NOAH FELLS, Appellant, v. MARTIN KATZ and Others, Respondents.— Motion to continue stay and to extend time granted upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondents thirty dollars costs within five days from service of a copy of the order herein; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

STEPHANO FERRARO, Respondent, v. MARRILLARD BUILDERS, INC., Appellant, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

FIREMAN'S FUND INSURANCE COMPANY, Respondent, v. MICHAEL J. SIMON and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.